**Robin S. ROGGENBUCK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77070**

Missouri Court of Appeals,
Western District.

ORDER FILED: April 28, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 2015

Application for Transfer Denied September 22, 2015

Jeannette L. Wolpink, Kansas City, MO, for appellant.

Evan J. Buchheim, Jefferson City, MO, for respondent.

Before Division Two: Lisa White Hardwick, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

**ORDER**

Per curiam:

Robin Roggenbuck appeals from the motion court's denial of his Rule 29.15 motion following an evidentiary hearing. Roggenbuck contends that the motion court clearly erred in finding that he did not receive ineffective assistance of counsel because his trial counsel did not object to three verdict directors which failed to specify a particular incident of alleged possession of child pornography, making it unclear as to which of several incidents Roggenbuck was found guilty. We affirm. Rule 84.16(b).